UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Raymond L. Moore,                                        Case No. 3:22-cv-446

             Plaintiff,

     v.                                                  MEMORANDUM OPINION
                                                     AND ORDER

Commissioner of Social Security Administration,

             Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge James E. Grimes, Jr. filed on December 28, 2022. (Doc. No. 14). In the R & R, Judge Grimes correctly advised,

> Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530–531 (6th Cir. 2019).

(*Id.* at 20).

The fourteen fourteen-day window for objections has elapsed, and no objections have been filed. Because Plaintiff filed no objections to the R & R, he has indicated that he seeks no "de novo determination" of any portion of the R & R. 28 U.S.C. § 636(b)(1). Therefore, I will perform no such review. Instead, I adopt the recommendation of Judge Grimes that the Commissioner's decision be affirmed and close this case.

So Ordered.

                                                                s/ Jeffrey J. Helmick
                                                                United States District Judge